UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X

| | |
|---|---|
| **BIANCA NIEVES,** | Docket No.: |
| Plaintiff, | **RULE 7.1 DISCLOSURE STATEMENT** |
| -against- | |
| **REDDIT INC.,** | |
| Defendant. | |

------------------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant REDDIT INC. ("Defendant"), by and through its attorneys, submits the following corporate disclosure statement:

Defendant certifies that it is a citizen of the states of Delaware and California. Defendant further discloses that Tencent, an entity that is publicly traded on the Hong Kong market, owns more than 10% of Defendant's stock. Defendant will promptly file a supplemental or amended corporate disclosure statement if any required information changes.

Date: June 7, 2023
Melville, New York

/s/ *Kimberly N. Dobson*
Kimberly N. Dobson
Vernée C. Pelage
LITTLER MENDELSON, P.C.
290 Broadhollow Road, Suite 305
Melville, NY 11747
631.247.4700

*Attorneys for Defendant*